## McKinley, Appellant, v. Southern Fulton School District.

Argued May 1, 1964. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Caram J. Abood,* with him *Richard J. Green, Jr.* and *Merrill W. Kerlin,* for appellants.

*Robert D. Myers,* with him *Albert Foster, Frank A. Sinon,* and *Rhoads, Sinon & Reader,* for appellee.

OPINION PER CURIAM, July 1, 1964:
Decree affirmed. Each party to pay own costs.
Mr. Justice COHEN dissents.

## Commonwealth v. Stello, Appellant.

Submitted May 26, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused July 21, 1964.